IH-32                                                                                    Rev: 2014-1

# United States District Court
for the
# Southern District of New York
## Related Case Statement

---

### Full Caption of Later Filed Case:

LUDLOW EXCHANGE, LLC d/b/a NOVIG

| Plaintiff | Case Number |
|---|---|
| vs. | 26-cv-06676 |
| LETICIA JAMES, in her official capacity as Attorney General of the State of New York; ROBERT WILLIAMS, in his official capacity as Executive Director of the New York State Gaming Commission; BRIAN O'DWYER, in his official capacity as Chair and Commissioner of the New York State Gaming Commission; PETER J. MOSCHETTI, JR.; JOHN A. CROTTY, SYLVIA B. HAMER, MARTIN J. MACK, MARISSA SHORENSTEIN, and JERRY SKURNIK, in their official capacities as Commissioners of the New York State Gaming Commission, | |

Defendant

### Full Caption of Earlier Filed Case:

(including in bankruptcy appeals the relevant adversary proceeding)

KALSHIEX LLC

| Plaintiff | Case Number |
|---|---|
| vs. | 1:25-cv-08846 (AT) |
| ROBERT WILLIAMS, in his official capacity as Executive Director of the New York State Gaming Commission; BRIAN O'DWYER, in his official capacity as Chair and Commissioner of the New York State Gaming Commission; JOHN A. CROTTY, in his official capacity as Commissioner of the New York State Gaming Commission; SYLVIA B. HAMER, in her official capacity as Commissioner of the New York State Gaming Commission; MARTIN J. MACK, in his official capacity as Commissioner of the New York State Gaming Commission; PETER J. MOSCHETTI, JR., in his official capacity as Vice Chair and Commissioner of the New York State Gaming Commission; MARISSA SHORENSTEIN, in her official capacity as Commissioner of the New York State Gaming Commission; JERRY SKURNICK, in his official capacity as Commissioner of the New York State Gaming Commission; and the NEW YORK STATE GAMING COMMISSION. | |

Defendant

IH-32                                                                                          Rev: 2014-1

Status of Earlier Filed Case:

☐   Closed          (If so, set forth the procedure which resulted in closure, e.g., voluntary
                     dismissal, settlement, court decision.  Also, state whether there is an appeal
                     pending.)

☑   Open            (If so, set forth procedural status and summarize any court rulings.)

KalshiEX LLC filed a complaint against Robert Williams and other defendants in their official capacities for declaratory and injunctive relief.  KalshiEX LLC then moved for a preliminary injunction and temporary restraining order.  The district court denied the motions for the temporary restraining order and the preliminary injunction on July 7, 2026 because the court determined that KalshiEX LLC was unlikely to succeed on the merits of its argument that the Commodity Exchange Act preempts New York state law with respect to the regulation of sports-events contracts.  KalshiEX LLC has filed a notice of appeal, and the district court denied its emergency motion for an injunction pending appeal.  Judge Pérez of the Second Circuit denied KalshiEX LLC temporary administrative relief and referred the company's emergency motion for an injunction pending appeal to a three-judge panel; that motion is fully briefed and currently pending.

Explain in detail the reasons for your position that the newly filed case is related to the earlier filed case.

This case shares with the KalshiEX action similar questions of law: whether New York gaming laws are preempted by the Commodity Exchange Act, 7 U.S.C. §§ 1 et seq., as applied to event contracts traded on federally registered exchanges.  However, the cases differ in that, unlike KalshiEX LLC, Ludlow Exchange, LLC d/b/a Novig has received no cease-and-desist demand from the New York State Gaming Commission.

Signature:  /s/ Benjamin R. Walker                          Date:  8/4/2026

Firm:  Sullivan & Cromwell LLP