**UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK**

LUDLOW EXCHANGE, LLC, d/b/a NOVIG,

*Plaintiff,*

v.

LETITIA JAMES, in her official capacity as Attorney General of the State of New York; ROBERT WILLIAMS, in his official capacity as Executive Director of the New York State Gaming Commission; BRIAN O'DWYER, in his official capacity as Chair and Commissioner of the New York State Gaming Commission; and PETER J. MOSCHETTI, JR., JOHN A. CROTTY, SYLVIA B. HAMER, MARTIN J. MACK, MARISSA SHORENSTEIN, and JERRY SKURNIK, in their official capacities as Commissioners of the New York State Gaming Commission,

*Defendants.*

Case No. 26-cv-06676

**ELECTRONICALLY FILED**

**NOTICE OF APPEAL**

PLEASE TAKE NOTICE that Plaintiff Ludlow Exchange, LLC, d/b/a Novig ("Novig"), hereby appeals to the United States Court of Appeals for the Second Circuit from the Opinion and Order of the district court, entered on November 10, 2026 (ECF No. 73), denying Novig's motion for a preliminary injunction.

Dated: November 10, 2026
New York, New York

Respectfully submitted,

*/s/ Benjamin R. Walker*

Benjamin R. Walker (4447363)
Ann-Elizabeth Ostrager (4903233)
John J. Liolos (5331053)
Jason P. Barnes (5874662)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004
Tel: (212) 558-4000
Fax: (212) 558-3588
walkerb@sullcrom.com
ostragerae@sullcrom.com
liolosj@sullcrom.com
barnesjas@sullcrom.com

Rishabh Bhandari (*pro hac vice forthcoming*)
1700 New York Avenue, N.W.
Washington, D.C., 20006
SULLIVAN & CROMWELL LLP
Tel: (202) 956-7500
Fax: (202) 293-6330
bhandarir@sullcrom.com

*Counsel for Plaintiff Ludlow Exchange, LLC d/b/a Novig*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 10, 2026, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated below. Parties may access this filing through the Court's CM/ECF System.

By: *Is/ Benjamin R. Walker*
Benjamin R. Walker (4447363)

*Counsel for Plaintiff Ludlow Exchange, LLC d/b/a Novig*